**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wilfred Andrew Peltier and Lorraine B. Peltier,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2219 DWF/AJB ✓

---

Virginia Palmquist, as Trustee for the heirs and next-of-kin to Lloyd Palmquist, Decedent,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2220 DWF/AJB ✓

---

Gary Deck and Karen Deck, individually and as husband and wife,

Plaintiffs,

v.

ACandS, Inc., et al.,

Defendants.

Civil No. 01-2221 DWF/AJB ✓

---

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

11

---

Alexander J. Langiewicz and Loretta Langiewicz,

Plaintiffs,

v.

ACandS, Inc., et al.,

Defendants.

Civil No. 01-2222 DWF/AJB

---

Robert John LaBarre and Alice LaBarre,

Plaintiffs,

v.

ACandS, Inc., et al.,

Defendants.

Civil No. 01-2223 DWF/AJB

---

Michael H. Bluhm,

Plaintiff,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2224 DWF/AJB

---

---

Cheri Busson, individually and as Trustee for the heirs and next-of-kin to John Busson, Decedent,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2225 DWF/AJB

---

Wilma Sachs and Elmer Sachs, individually and as wife and husband,

Plaintiffs,

v.

Paul W. Abbott Company, Inc., et al.,

Defendants.

Civil No. 01-2226 DWF/AJB

---

David W. Miller and Diana Miller,

Plaintiffs,

v.

Dresser Industries, Inc., et al.,

Defendants.

Civil No. 01-2227 DWF/AJB

---

---

Doris E. Knutson, as Trustee for the Heirs of
Tracy Clinton Knutson, Deceased,

Plaintiffs,

v.

A.P.I., Inc., et al.,

Defendants.

Civil No. 01-2228 DWF/AJB

---

Tom Goeltl and Terrylane Goeltl,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2229 DWF/AJB

---

Lucille E. Muth, individually and as Trustee for the
Heirs and next-of-kin to Delbert R. Muth, Decedent,

Plaintiffs,

v.

Abex Corporation, et al.,

Defendants.

Civil No. 01-2230 DWF/AJB

---

David C. Wierstad and Maria Wierstad,

Plaintiffs,

v.

Pneumo Abex Corporation, et al.,

Defendants.

Civil No. 01-2232 DWF/AJB

Charlene Johnson, as trustee for the next-of-kin of James Johnson,

Plaintiff,

v.

American Standard, Inc., et al.,

Defendants.

Civil No. 01-2233 DWF/AJB

Anton Struna,

Plaintiff,

v.

American Standard, Inc., et al.,

Defendants.

Civil No. 01-2234 DWF/AJB

Harold Struss and Shirley Struss,
individually and as husband and wife,

Plaintiffs,

v.

ACandS, Inc., et al.,

Defendants.

Civil No. 01-2235 DWF/AJB ✓

Virgil Marvin Siegel and Lois Siegel,

Plaintiffs,

v.

Borg Warner Corp., et al.,

Defendants.

Civil No. 01-2236 DWF/AJB ✓

Donald Hallback and Shirley Hallback,
individually and as husband and wife,

Plaintiffs,

v.

A.P.I., Inc., et al.,

Defendants.

Civil No. 01-2237 DWF/AJB /

James Zakrzewski and Teresa Zakrzewski,
individually and as husband and wife,

Plaintiffs,

Civil No. 01-2347 DWF/AJB

v.

Abex Corporation, et al.,

Defendants.

Eugene Harig and Diane Harig,

Plaintiffs,

Civil No. 01-2350 DWF/AJB

v.

Allied-Signal, Inc., et al.,

Defendants.

**ORDER**

The above-entitled matters come before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated May 31, 2002. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The United States District Court for the District of Minnesota acknowledges the transfer of the above matters to the United States District Court for the District of Delaware;

2. The United States District Court for the District of Minnesota shall refrain from further addressing any disputes in the above matters;

3. With respect to the matter of Peltier v. Abex Corp., **Civil No. 01-2219**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. No. 3];

4. With respect to the matter of Palmquist v. Abex Corp., **Civil No. 01-2220**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 2, 4, 6, 10, 15];

5. With respect to the matter of Deck v. ACandS, Inc., **Civil No. 01-2221**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 2, 6, 9, 17];

6. With respect to the matter of Langiewicz v. ACandS, Inc., **Civil No. 01-2222**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 4, 7, 8, 11];

7. With respect to the matter of LaBarre v. ACandS, Inc., **Civil No. 01-2223**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 5, 8];

8. With respect to the matter of Bluhm v. Abex Corp., **Civil No. 01-2224**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 3, 9, 12, 16, 17];

9. With respect to the matter of Busson v. Abex Corp., **Civil No. 01-2225**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 4, 8, 11];

10. With respect to the matter of Sachs v. Paul W. Abbott Co., Inc., **Civil No. 01-2226**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 3, 7, 10];

11. With respect to the matter of Miller v. Dresser Industries, Inc., **Civil No. 01-2227**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 8, 11, 14];

12. With respect to the matter of Knutson v. A.P.I., Inc., **Civil No. 01-2228**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 5, 9, 17, 19];

13. With respect to the matter of Goeltl v. Abex Corp., **Civil No. 01-2229**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 5, 13, 16, 20, 22];

14. With respect to the matter of Muth v. Abex Corp., **Civil No. 01-2230**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 3, 7, 10];

15. With respect to the matter of Wierstad v. Pneumo Abex Corp., **Civil No. 01-2232**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 5, 12, 15, 19, 21];

16. With respect to the matter of Johnson v. American Standard, Inc., **Civil No. 01-2233**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 3, 7, 10];

17. With respect to the matter of Struna v. American Standard, Inc., **Civil No. 01-2234**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 4, 6, 7, 10, 15];

18. With respect to the matter of Struss v. ACandS, Inc., **Civil No. 01-2235**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 2, 5, 8];

19. With respect to the matter of Siegel v. Borg Warner Corp., **Civil No. 01-2236**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 4, 6, 7, 10, 15];

20. With respect to the matter of Hallback v. A.P.I., Inc., **Civil No. 01-2237**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 2, 6, 9];

21. With respect to the matter of Zakrzewski v. Abex Corp., **Civil No. 01-2347**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 3, 5];

22. With respect to the matter of Harig v. Allied-Signal, Inc., **Civil No. 01-2350**, the Clerk of Court is instructed to remove all pending motions from the dockets of the District of Minnesota [Doc. Nos. 4, 9]; and

23. With respect to each of the above matters, the Clerk of Court is instructed to make arrangements for the proper handling of the physical files–even if this involves retaining possession of the physical files.

Dated: June 26, 2002

Donovan W. Frank
United States District Judge